# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13cv36

| | |
|---|---|
| GEORGE RUSSELL ARPASI and LISA S. ARPASI, ) ) ) Plaintiffs, ) ) v. ) ) TUGALO GAS COMPANY, ) ) Defendant. ) ) | ORDER |

Pending before the Court are the Motions to Stay [# 10 & # 13]. Upon a review of the record and the parties' motions, the Court **GRANTS** the motions [# 10 & # 13]. The Court **STAYS** these proceedings pending the completing of case number 13-CVC-377 in North Carolina General Court of Justice, Superior Court Division, Macon County. Either party may move the Court to lift the stay upon the completion of the state court action.

Signed: March 12, 2014

Dennis L. Howell
United States Magistrate Judge